## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMURBEK TOKTOSUNOV<br><br>　　　　　　　　Petitioner,<br>　v.<br><br>CAMILLA WAMSLEY, et al.,<br><br>　　　　　　　　Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:25-cv-01724-TL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)　Respondents' request that the petition be dismissed (Dkt. No. 9) is DENIED.

(2)　Petitioner's Writ of Habeas Corpus (Dkt. No. 1) is GRANTED.

(3)　Government SHALL hold a bond hearing for Petitioner within **fourteen (14)** calendar days of this Order.

(4)　Any fee petition SHALL be filed within the deadlines set by the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated December 5, 2025.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　*/s/Kadya Peter*
　　　　　　　　　　　　　　　　　　Deputy Clerk